UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00037

**Roderick Lamond Douglas,**
*Plaintiff,*

v.

**Smith County,**
*Defendants.*

# ORDER

Plaintiff Roderick Lamond Douglas, an inmate proceeding pro se, filed this civil-rights lawsuit under 42 U.S.C. § 1983 without paying the filing fee. The case was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b).

On May 26, 2023, the magistrate judge issued a report recommending that plaintiff's motion for leave to proceed *in forma pauperis* be denied and that this case be dismissed for failure to prosecute and to comply with the court's orders. Doc. 11. A copy of the report was mailed to plaintiff, who did not file written objections.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Plaintiff's unsupported motion to proceed *in forma pauperis* (Doc. 4) is denied, and this case is dismissed.

*So ordered by the court on July 7, 2023.*

J. CAMPBELL BARKER
United States District Judge